UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-148 |
| | ) | (PHILLIPS/GUYTON) |
| JERMAINE HUGHES, | ) | |
| DENNIS RICHARDSON, and | ) | |
| VICENTE CORONA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendants' Motion to Continue Pretrial Motions Deadline [Doc. 50], filed on April 28, 2006. The defendants request that their May 1, 2006 motion-filing deadline be extended to June 30, 2006. They state that defense counsel, despite due diligence, has been unable to thoroughly review discovery materials, follow any leads and conduct the necessary investigation, request any additional items of discovery, and research and file the appropriate pretrial motions, within the current pretrial motions deadline. The motion also relates that the government has no objection to the requested extension.

Finding the defendants have shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 50**] and extends the deadline for filing motions to **June 30, 2006**. The

1

government's deadline for responding to any motions is likewise extended from May 15, 2006, to **July 17, 2006**. All other dates in this case, including the September 7, 2006 pretrial conference and September 19, 2006 trial, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

<u>   s/ H. Bruce Guyton   </u>
United States Magistrate Judge

2

Case 3:05-cr-00148-PLR-HBG   Document 51   Filed 05/02/06   Page 2 of 2   PageID #: 9