IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:05-CR-148 |
| ) | (PHILLIPS/GUYTON) |
| V. ) | |
| ) | |
| JERMAINE HUGHES, ) | |
| VICENTE CORONA, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on defendant Hughes' Motion to Extend, Adopt, and Amend Prior Motions [Doc. 162], filed on October 6, 2006. The defendant seeks to extend, adopt, and amend all previously filed motions to the extent that they shall be deemed asserted against all charges made in the government's superseding indictment and against all evidence offered in support thereof. The government does not oppose the defendant's motion. For good cause shown, the Court hereby **GRANTS** the defendant's Motion to Extend, Adopt, and Amend Prior Motions **[Doc. 162]**.

**IT IS SO ORDERED.**

ENTER:

 s/ H. Bruce Guyton
United States Magistrate Judge

1