IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:05-CR-148 |
| | ) | (PHILLIPS/GUYTON) |
| V. | ) | |
| | ) | |
| JERMAINE HUGHES, | ) | |
| VICENTE CORONA, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28

U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District

Court as may be appropriate. This matter is before the Court on defendant Hughes' Motion to

Withdraw Document 167 [Doc. 175] and Motion to Withdraw Documents [Doc. 174], both filed on

October 7, 2006. The defendant indicates that documents 163, 165, 167, and 168 were inadvertently

misfiled and seeks to withdraw them. For good cause shown, the Court hereby **GRANTS** the

defendant's motions to withdraw documents **[Docs. 174 & 175]**. Furthermore, the Court hereby

**DENIES AS MOOT** the motions sought to be withdrawn **[Docs. 163, 165, 167, & 168]**.

> **IT IS SO ORDERED.**

ENTER:


        s/ H. Bruce Guyton
United States Magistrate Judge

1