UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No. 3:05-CR-148 |
| ) | (Phillips) |
| **JERMAINE HUGHES** ) | |

## ORDER

Defendant has moved the court for an order dismissing his appeal of the Magistrate Judge's denial of bond [Doc. 215]. The motion is **GRANTED,** whereby defendant's objection to the Magistrate Judge's order denying bond [Doc. 156] is **DISMISSED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge