UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
v.                                  )           No. 3:05-CR-148
                                    )           (PHILLIPS/GUYTON)
VICENTE CORONA,                     )
                                    )
            Defendant.              )


**<u>MEMORANDUM AND ORDER</u>**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. The defendant Vicente Corona ("Corona") has filed a Motion For Reconsideration [Doc. 266], asking the Court to reconsider its Order [Doc. 262] quashing the defendant Corona's Rule 17(c) subpoenas to the Knox and Blount County Detention Centers for recordings of telephone conversations.

In support of the Motion, the movant filed under seal, and the Court has reviewed, a Statement In Support Of Relevance [Doc. 278]. The government has filed a response [Doc. 282], to which the movant has filed a reply [Doc. 283].

The Court finds, based upon its review of the motion, the document filed under seal, and the government's response, that the Motion For Reconsideration [Doc. 266] is not well-taken, and therefore, it is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge